**Fastly, Inc. (FSLY)** **Ken Kula**

## List of Purchases and Sales

| Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| Purchase | 2/15/2024 | 1,000 | $16.6600 |
| Purchase | 2/15/2024 | 1,000 | $16.3600 |
| Purchase | 2/16/2024 | 1,000 | $16.0000 |
| Purchase | 2/16/2024 | 1,000 | $15.6200 |
| Purchase | 2/20/2024 | 1,000 | $14.8500 |
| Purchase | 3/5/2024 | 1,000 | $13.5299 |