POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant Olger Guri and Proposed Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KEN KULA, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>v.<br><br>FASTLY, INC., TODD NIGHTINGALE, and RONALD W. KISLING,<br><br>             Defendants. | Case No.: 4:24-cv-03170-JST<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF OLGER GURI FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  September 26, 2024<br>Time:  2:00 p.m.<br>Judge: Hon. Jon S. Tigar<br>Courtroom:  6 – 2nd Floor |

I, Jennifer Pafiti, Esq., hereby declare as follows:

1. I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Olger Guri ("Guri"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of Guri's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Guri's selection of Pomerantz and the Schall Law Firm ("Schall") as Co-Lead Counsel for the Class.

2. Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Chart setting forth Guri's financial interest in this litigation; |
| Exhibit B: | Press release announcing the pendency of the Action; |
| Exhibit C: | Shareholder Certification executed by Guri; |
| Exhibit D: | Declaration executed by Guri; |
| Exhibit E: | Firm resume of Pomerantz; and |
| Exhibit F: | Firm resume of Schall. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on July 23, 2024.

　　　　　　　　　　　　　　　　　　　　　/s/ Jennifer Pafiti
　　　　　　　　　　　　　　　　　　　　　Jennifer Pafiti

## PROOF OF SERVICE

I hereby certify that on July 23, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti