# EXHIBIT A

**Fastly, Inc. (FSLY)**
**Class Period: February 15, 2024 to May 1, 2024**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 82-Days* Mean Price $7.8505 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Olger Guri | 5/1/2024 | 65,009 | $13.3246 | ($866,225) | 5/2/2024 | (65,009) | $8.7900 | $571,433 | 65,009 | 0 | $0 | ($294,792) |

*Avg Closing Prices from May 2, 2024 to July 22, 2024