Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Anand Roy and Local*
*Counsel for Plaintiff Joshua Steffens*

[Additional Counsel on Signature Block]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN KULA, Individually and on Behalf of All Others Similarly Situated, | Case No.: 4:24-cv-03170-JST |
| Plaintiff, | **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| FASTLY, INC., TODD NIGHTINGALE, and RONALD W. KISLING, | (Civil L.R. 3-12 and 7-11) |
| Defendants. | |

[Caption continued on next page]

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR

ANAND ROY, derivatively on behalf of FASTLY, INC.,

              Plaintiff,

       v.

TODD NIGHTINGALE, RONALD KISLING, AIDA ALVAREZ, ARTUR BERGMAN, RICHARD DANIELS, DAVID HORNIK, PAULA LOOP, CHARLES MEYERS, CHRISTOPHER PAISLEY, and VANESSA SMITH,

              Defendants,

     and

FASTLY, INC.,

              Nominal Defendant.

Case No. 3:24-cv-03549-JCS

Magistrate Judge Joseph C. Spero

[Additional caption on following page]

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR

JOSHUA STEFFENS, Derivatively on Behalf of Nominal Defendant FASTLY, INC.,

Plaintiff,

v.

ARTUR BERGMAN, RICHARD DANIELS, DAVID HORNIK, RONALD KISLING, PAULA LOOP, CHARLES MEYERS, TODD NIGHTINGALE, CHRISTOPHER PAISLEY, and VANESSA SMITH,

Defendants,

and

FASTLY, INC.,

Nominal Defendant

Case No. 4:24-cv-03984-DMR

Magistrate Judge Donna M. Ryu

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Anand Roy ("Roy") in the action *Roy v. Nightingale, et al.*, Case No. 3:24-cv-03549-JCS (N.D. Cal.) (the "*Roy* Derivative Action") and Plaintiff Joshua Steffens ("Steffens" and together with Roy, "Plaintiffs") in the action *Steffens v. Bergman, et al*, Case No. 4:24-cv-03984-DMR (N.D. Cal.) (the "*Steffens* Derivative Action") respectfully request that the Court deem the *Roy* Derivative Action and *Steffens* Derivative Action as related to *Kula v. Fastly, Inc. et al*, Case No. 4:24-cv-03170-JST (the "Securities Class Action"). As discussed below, the criteria for relation are met here. The *Roy* Derivative Action and the *Steffens* Derivative Action (the "Derivative Actions") and the Securities Class Action (with the Derivative Actions, the "Related Actions") concern substantially similar transactions, parties, events, and legal issues. It is therefore likely there would be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *See* Civil L.R. 3-12(a)(1) & (2). Defendants do not oppose this motion. Relating these cases and placing them under the supervision of one judge is likely to serve judicial efficiency and may facilitate and expedite resolution of the cases. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| **Abbreviated Case Name** | **Case Number** | **Date Filed** |
|---|---|---|
| *Kula v. Fastly, Inc. et al* | 4:24-cv-03170-JST | 5/24/2024 |
| *Roy v. Nightingale, et al.* | 3:24-cv-03549-JCS | 6/12/2024 |
| *Steffens v. Bergman, et al.* | 4:24-cv-03170-JST | 7/01/2024 |

## LEGAL STANDARD

Pursuant to Civil L.R. 3-12(a), the actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

## ARGUMENT

Both criteria are met here. The Securities Class Action and the Derivative Actions address many of the same transactions and contain similar and overlapping sets of factual allegations as well as involve some of the same parties. Specifically, the Securities Class Action and the Derivative Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of Fastly, Inc. ("Fastly" or the "Company"). The Securities Class Action alleges violations of the federal securities laws by Fastly, as well as defendants Todd Nightingale ("Nightingale") and Ronald W. Kisling ("Kisling"). The Derivative Actions allege that Nightingale, Kisling, and others breached the fiduciary duties they owe to Fastly and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in the Securities Class Action.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR

- 3 -

Plaintiffs respectfully submit that the overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results. For all the foregoing reasons, Plaintiffs respectfully request that the Court enter the proposed order submitted herewith, administratively relating the Derivative Actions to the Securities Class Action.

Dated: August 5, 2024                    Respectfully submitted,

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Anand Roy and Local Counsel for Plaintiff Joshua Steffens*

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Joshua Steffens*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.


/s/Robert C. Moest
Robert C. Moest

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR

- 5 -