Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff Anand Roy and Local*
*Counsel for Plaintiff Joshua Steffens*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEN KULA, Individually and on Behalf of All Others Similarly Situated, | Case No.: 4:24-cv-03170-JST |
| Plaintiff, | **DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| FASTLY, INC., TODD NIGHTINGALE, and RONALD W. KISLING, | |
| Defendants. | (Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

1

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR

ANAND ROY, derivatively on behalf of FASTLY, INC.,

              Plaintiff,

    v.

TODD NIGHTINGALE, RONALD KISLING, AIDA ALVAREZ, ARTUR BERGMAN, RICHARD DANIELS, DAVID HORNIK, PAULA LOOP, CHARLES MEYERS, CHRISTOPHER PAISLEY, and VANESSA SMITH,

              Defendants,

    and

FASTLY, INC.,

              Nominal Defendant.

Case No.: 3:24-cv-03549-JCS

Magistrate Judge Joseph C. Spero

[Additional caption on following page]

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR

JOSHUA STEFFENS, Derivatively on Behalf of Nominal Defendant FASTLY, INC.,

Plaintiff,

v.

ARTUR BERGMAN, RICHARD DANIELS, DAVID HORNIK, RONALD KISLING, PAULA LOOP, CHARLES MEYERS, TODD NIGHTINGALE, CHRISTOPHER PAISLEY, and VANESSA SMITH,

Defendants,

and

FASTLY, INC.,

Nominal Defendant.

Case No.: 4:24-cv-03984-DMR

Magistrate Judge Donna M. Ryu

3

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR

I, Robert C. Moest, hereby declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am Counsel at The Brown Law Firm, P.A., counsel for Plaintiff Anand Roy in the above-captioned action *Roy v. Nightingale, et al.*, Case No. 3:24-cv-03549-JCS (the "*Roy* Derivative Action") and local counsel for Plaintiff Joshua Steffens in the above-captioned action *Steffens v. Bergman, et al.*, Case No. 4:24-cv-03984-DMR (the "*Steffens* Derivative Action" and together with the *Roy* Derivative Action, the "Derivative Actions").

2. I submit this declaration in support of the Unopposed Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3. My firm has conferred with counsel for Fastly, Inc. ("Fastly") and individual defendants Todd Nightingale, Ronald Kisling, Aida Alvarez, Artur Bergman, Richard Daniels, David Hornik, Paula Loop, Charles Meyers, Christopher Paisley, and Vanessa Smith (the "Individual Defendants") regarding this Administrative Motion. The Individual Defendants and Fastly do not oppose the relief sought in the Administrative Motion and agree that the Derivative Actions should be deemed related to each other and to *Kula v. Fastly, Inc. et al*, Case No. 4:24-cv-03170-JST (the "Securities Class Action"). Further, my firm has conferred with the counsel for Plaintiff Ken Kula ("Plaintiff Kula") in the Securities Class Action, and Plaintiff Kula does not oppose the relief sought in this Administrative Motion either.

4. I submit this Declaration in lieu of a stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Dated: August 5, 2024                    Respectfully submitted,

                                         */s/  Robert C. Moest*
                                         Robert C. Moest

4

DECLARATION OF ROBERT C. MOEST IN SUPPORT OF UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 4:24-cv-03170-JST; 3:24-cv-03549-JCS; and 4:24-cv-03984-DMR