**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEN KULA, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>FASTLY, INC., TODD NIGHTINGALE, and RONALD W. KISLING,<br><br>    Defendants. | Case No.: 4:24-cv-03170-JST<br><br>**[PROPOSED]** **ORDER**<br><br>The Hon. Jon S. Tigar<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

1
~~[PROPOSED]~~ ORDER

ANAND ROY, derivatively on behalf of FASTLY, INC.,

                    Plaintiff,

    v.

TODD NIGHTINGALE, RONALD KISLING, AIDA ALVAREZ, ARTUR BERGMAN, RICHARD DANIELS, DAVID HORNIK, PAULA LOOP, CHARLES MEYERS, CHRISTOPHER PAISLEY, and VANESSA SMITH,

                    Defendants,

    and

FASTLY, INC.,

                    Nominal Defendant.

Case No.: 3:24-cv-03549-JCS

Magistrate Judge Joseph C. Spero

[Additional caption on following page]

[PROPOSED] ORDER

JOSHUA STEFFENS, Derivatively on Behalf of Nominal Defendant FASTLY, INC.,

           Plaintiff,

    v.

ARTUR BERGMAN, RICHARD DANIELS, DAVID HORNIK, RONALD KISLING, PAULA LOOP, CHARLES MEYERS, TODD NIGHTINGALE, CHRISTOPHER PAISLEY, and VANESSA SMITH,

           Defendants,

    and

FASTLY, INC.,

           Nominal Defendant.

Case No.: 4:24-cv-03984-DMR

Magistrate Judge Donna M. Ryu

Upon consideration of Anand Roy and Joshua Steffens's Unopposed Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Roy v. Nightingale, et al.*, Case No. 3:24-cv-03549-JCS (the "*Roy* Derivative Action") and *Steffens v. Bergman, et al*, Case No. 4:24-cv-03984-DMR (the "*Steffens* Derivative Action") (together, the "Derivative Actions") shall be deemed related to *Kula v. Fastly, Inc. et al*, Case No. 4:24-cv-03170-JST (the "Securities Class Action") pursuant to Civ. Loc. R. 3-12.

The Court, HEREBY ORDERS:

1.    The Derivative Actions are deemed related to the Securities Class Action.

2.    The Derivative Actions are hereby reassigned to Judge Jon S. Tigar.

3.    Pursuant to Civil Loc. R. 3-12(g), any Initial Case Management Conferences currently scheduled in the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated:   August 13, 2024   

_____
HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE