LATHAM & WATKINS LLP
Melanie M. Blunschi (Bar No. 234264)
 melanie.blunschi@lw.com
Samantha Kaplan (Bar No. 353933)
 samantha.kaplan@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: +1.415.391.0600

Daniel R. Gherardi (Bar No. 317771)
 daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

*Attorneys for Defendants Fastly, Inc.,
Todd Nightingale, and Ronald W. Kisling*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE FASTLY, INC. SECURITIES LITIGATION | CASE NO. 4:24-cv-03170-JST |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE AND INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |
| | Date: June 12, 2025 |
| | Time: 2:00 P.M. |
| | Courtroom: Courtroom 6 – 2nd Floor |
| | Judge: Hon. Jon S. Tigar |

# [PROPOSED] ORDER

Defendants Fastly, Inc. ("Fastly" or the "Company"), Todd Nightingale, and Ronald W. Kisling (collectively, "Defendants"), have requested that the Court consider the following exhibits attached to the Declaration of Daniel R. Gherardi under the doctrine of incorporation by reference and Federal Rule of Evidence 201 in connection with their Motion to Dismiss Plaintiff's Amended Complaint:

**Exhibit A**:  Fastly's quarterly report on Form 10-Q for the period ended March 31, 2024, which was filed with the United States Securities and Exchange Commission ("SEC") on May 1, 2024, and is publicly available on the SEC website at www.sec.gov/edgar;

**Exhibit B**: Fastly's annual report on Form 10-K for fiscal year 2023, which was filed with the SEC on February 21, 2024, and is publicly available on the SEC website at www.sec.gov/edgar;

**Exhibit C**:  Fastly's quarterly report on Form 10-Q for the period ended September 30, 2023, which was filed with the SEC on November 1, 2023, and is publicly available on the SEC website at www.sec.gov/edgar;

**Exhibit D**:  The transcript of Fastly's November 1, 2023 call discussing quarterly financial results for the third quarter of 2023, which is publicly available on the Company's website at https://investors.fastly.com/financials/quarterly-and-annual-results/default.aspx;

**Exhibit E**:  The transcript of Fastly's November 15, 2023 presentation at the RBC Capital Markets 2023 Technology, Internet, Media and Telecommunications Conference, which is publicly available at https://www.capitaliq.com;

**Exhibit F**:  The transcript of Fastly's February 14, 2024 call discussing financial results for the fourth quarter and full year 2023, which is publicly available on the Company's website at https://investors.fastly.com/financials/quarterly-and-annual-results/default.aspx;

**Exhibit G**:  The transcript of Fastly's May 1, 2024 call discussing financial results for the first quarter of 2024, which is publicly available on the Company's website at https://investors.fastly.com/financials/quarterly-and-annual-results/default.aspx;

**Exhibit H**:  the transcript of Fastly's August 7, 2024 call discussing financial results for the second quarter of 2024, which is publicly available on the Company's website at https://investors.fastly.com/financials/quarterly-and-annual-results/default.aspx;

**Exhibit I**:  February 15, 2024 analyst report titled "Mixed Quarter And Outlook Driven By International Weakness. Lowering To HOLD," issued by Craig Hallum, which is  available at https://www.capitaliq.com;

**Exhibit J**:  Forms 4 reflecting transactions in Fastly securities by Mr. Kisling between November 2023 and July 2024, which were filed with the SEC and are publicly available on the SEC website at www.sec.gov/edgar.

**Exhibit K**:  Forms 4 reflecting transactions in Fastly securities by Mr. Nightingale between November 2023 and May 2024, which were filed with the SEC and are publicly available on the SEC website at www.sec.gov/edgar.

The Court, having considered Defendants' request, and good cause appearing therefrom, finds that Exhibits A through K are incorporated by reference in the Amended Complaint and/or are subject to judicial notice, and therefore are properly subject to consideration in connection with the Defendants' Motion to Dismiss Plaintiff's Amended Complaint.  Defendants' request is therefore **GRANTED**.

**IT IS SO ORDERED.**

Dated:  _____          By:  _____

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE