UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE FASTLY, INC., SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 4:24-cv-03170-JST<br><br>**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER** |

On behalf of (party name) Ronald Kisling & Todd Nightingale, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Jason J. Mendro, Jessica Valenzuela, and Zaneta J. Kim / Gibson, Dunn & Crutcher LLP

Name(s) of counsel withdrawing from representation and firm name:

Daniel Robert Gherardi, Lauren Claire Barnett, Matthew Rawlinson, Melanie Marilyn Blunschi, Samantha Elizabeth Kaplan, Whitney Bruder Weber / Latham & Watkins

Date: October 13, 2026

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: ____________________

____________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California